IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


MICHAEL BARNISHIN,

    Plaintiff,

v.                                     CASE NO. 4:15cv292-RH/CAS

CHARLES FRANCIS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

      The State of Florida filed criminal charges against Michael Barnishin. Mr. Barnishin filed this federal civil-rights action, asserting that his constitutional rights have been and are being violated in connection with the state prosecution. Mr. Barnishin named as defendants two state-court judges, the state attorney—that is, the state prosecutor—and Leon County. Leon is the county where the state criminal case was filed.

      This federal civil-rights case is before the court on the magistrate judge's report and recommendation, ECF No. 9. No objections have been filed. The

report and recommendation correctly concludes that the complaint should be dismissed on multiple grounds.

The report and recommendation was entered on July 22, 2015, nearly six months ago.  Mr. Barnishin was given extensions of time to respond.  On December 10, 2015, Mr. Barnishin moved for yet another one-month extension.  The magistrate judge denied the motion on December 14, 2015, explaining that Mr. Barnishin had already been given more than enough time to file any objections.

More than another month has now passed.  Mr. Barnishin says he is awaiting assistance from the American Civil Liberties Union and the United Nations Council/Commission for Human Rights.  It is unlikely either organization will come to Mr. Barnishin's assistance in this case—this is not the right proceeding through which any constitutional violations could be redressed—and in any event, the organizations could have taken any action by now, had they been so inclined.  The state court or state prosecutor may have violated Mr. Barnishin's rights—one cannot know just from reading the complaint—but it is clear that Mr. Barnishin cannot obtain relief from these defendants in this action.  The issue is not close.

The report and recommendation sets out grounds on which the complaint must be dismissed.  One additional point warrants mention.  The plaintiff attempts to state a claim against Leon County based on the actions of the two circuit judges

Case No.   4:15cv292-RH/CAS

and the state attorney.  In Florida, circuit judges and state attorneys are constitutional officers elected to serve an entire circuit, not just one county.  The circuit judges and the state attorney are not county employees.  So the claims against Leon County must be dismissed for this reason as well as on the additional grounds set out in the report and recommendation.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's further opinion.  The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)."  The clerk must close the file.

SO ORDERED on January 19, 2016.

s/Robert L. Hinkle  
United States District Judge